IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harmon, Charmaine M

Printed: 12/16/08

Case Number:  06 B 14537
Judge: Goldgar, A. Benjamin
Filed:  11/7/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 4, 2008
Confirmed: January 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,986.00 |  |
| Secured: |  | 2,820.38 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 165.62 |
| Other Funds: |  | 0.00 |
| Totals: | 2,986.00 | 2,986.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 0.00 |
| 2. | Triad Financial Services | Secured | 4,849.70 | 2,820.38 |
| 3. | Triad Financial Services | Unsecured | 195.63 | 0.00 |
| 4. | 141 W Jackson Blvd Currency | Unsecured | 240.00 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 474.25 | 0.00 |
| 6. | District Financial Service | Unsecured | 663.79 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 1,134.61 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 91.85 | 0.00 |
| 9. | K B Merrill Associates | Unsecured | 830.79 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 11. | Midwest Center | Unsecured |  | No Claim Filed |
| 12. | Check N Go | Unsecured |  | No Claim Filed |
| 13. | Comcast | Unsecured |  | No Claim Filed |
| 14. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 15. | First Choice Loans | Unsecured |  | No Claim Filed |
| 16. | ICS | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 18. | Metra Ticket Collection | Unsecured |  | No Claim Filed |
| 19. | TCF Bank | Unsecured |  | No Claim Filed |
| 20. | Money Market | Unsecured |  | No Claim Filed |
| 21. | Pay Day Loan Store Of Illinois | Unsecured |  | No Claim Filed |
| 22. | Orland Park Dental Assoc | Unsecured |  | No Claim Filed |
| 23. | Northern Illinois Railroad | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,980.62 | $ 2,820.38 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Harmon, Charmaine M

Printed: 12/16/08

Case Number:  06 B 14537
Judge:  Goldgar, A. Benjamin
Filed:  11/7/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 44.35 |
| 5.4% | 62.64 |
| 6.5% | 58.63 |
|  | $ 165.62 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

